IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ANTHONY ROYBAL; AND MATTHEW ROMERO, individually and on behalf of all others similarly situated,<br><br>v.<br><br>COMMUNITY OPTIONS, INC; ROBERT STACK, individually and as officer, director, shareholder, and/or principal of COMMUNITY OPTIONS, INC.; DONALD HAY, individually and as officer, director, and or principal of COMMUNITY OPTIONS, INC.; HECTOR JOHNSON, individually and as officer, director, shareholder, and/or principal of COMMUNITY OPTIONS, INC.; and John Does 1-5 | <u>JURY TRIAL DEMANDED</u><br><br>Case No. 1:18-cv-00055-KWR-JFR |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' *Joint Stipulation of Dismissal with Prejudice* (Doc. 64) filed **February 8, 2022**, the Court finds it should be in all respects **GRANTED.**

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that this lawsuit, including all causes of action asserted or assertable by Anthony Roybal and Matthew Romero, along with the Community Options Inc. Defendants (collectively, the "Parties"), in the above-entitled and numbered cause, be and the same are hereby **DISMISSED WITH PREJUDICE** to the right of Plaintiffs Anthony Roybal and Matthew Romero refile same or any part thereof. All costs of court and attorneys' fees are borne by the party incurring same.

IT IS SO ORDERED.

SIGNED: FEBRUARY 10, 2022.

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM AND SUBSTANCE**:

Respectfully submitted,

_/s/ Robert R. Barravecchio_
James A. Vagnini, Esq.
Robert J. Valli, Jr., Esq.
Sarah Wyn Kane, Esq.
Robert R. Barravecchio, Esq.
VALI KANE & VAGNINI LLP
600 Old Country Road, Suite 519
Garden City, New York 11530
PH:  (516) 203-7180
FX:  (516) 706-0248

**ATTORNEYS FOR PLAINTIFFS**


_/s/ Michael J. DePonte_
Michael J. DePonte, Esq.
Texas Bar No. 24001392
depontem@jacksonlewis.com
JACKSON LEWIS P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75201
Phone:  (214) 520-2400
Facsimile:  (214) 520-2008

-                                                    and -

Danny W. Jarrett, Esq.
jarrettd@jacksonlewis.com
JACKSON LEWIS P.C.
800 Lomas Blvd. NW, Suite 200
Albuquerque, New Mexico  87102
Phone:  (505)875-8567
Facsimile:  (505) 878-0398

**ATTORNEY FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served February 8, 2022, with a copy of the foregoing document via the Court's CM/ECF system.

                                                */s/ Robert R. Barravecchio*
                                                Robert R. Barravecchio